PER CURIAM.
|TIn the courts of appeal of the State of Louisiana, “[a] majority of the judges sitting in a case must concur to render judgment.” La. Const. Art. Y, § 8(B). Because the en banc panel of this court is evenly split, no majority has concurred to reverse or modify the trial court’s judgment; thus, the judgment of the trial court must stand, and the effect of the court of appeal’s vote is to affirm the trial court’s judgment as rendered. Parfait v. Transocean Offshore, Inc., 2007-1915 (La.3/14/08), 980 So.2d 634, 638-639.
TRIAL COURT JUDGMENT STANDS.
KUHN, GUIDRY, GAIDRY and HUGHES, JJ., concur and assign reasons.
PARRO, J., concurs and assigns reasons, joined by McCLENDON, J.
PETTIGREW, J., concurs and assigns reasons, joined by DOWNING and WHIPPLE, JJ.
*123 WELCH, J., concurs with the reasons assigned by PETTIGREW and HUGHES, JJ.
McDONALD, j., concurs for reasons assigned by KUHN, GAIDRY, and PARRO, JJ.